IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: MOBILE TELECOMMUNICATIONS TECHNOLOGIES LLC | C.A. No. 16-md-2722 (LPS)(CJB) |
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br>  v.<br><br>XIRRUS, INC.,<br><br>          Defendant. | C.A. No. 16-701 (LPS)(CJB) |

**JOINT MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Mobile Telecommunications Technologies, LLC and Defendant XIRRUS, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

As a result of a previous communication from Chambers, the parties will provide submissions and present their respective positions consistent with the Court's prior order regarding discovery matters during a teleconference on March 27, 2017, at 1:00 p.m. with counsel for XIRRUS to initiate the call.

- 2 -

| | |
|---|---|
| Dated: March 20, 2017 | Respectfully submitted, |
| FARNAN LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| /s/ Brian E. Farnan | /s/ Ian R. Liston |
| Brian E. Farnan (#4089) | Ian R. Liston (DE Bar No. 5507) |
| Michael J. Farnan (#5165) | 222 Delaware Avenue, Suite 800 |
| 919 North Market Street, 12th Floor | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | Email: iliston@wsgr.com |
| (302) 777-0300 | Telephone: (302) 304-7606 |
| bfarnan@farnanlaw.com | Facsimile: (866) 974-7329 |
| mfarnan@farnanlaw.com | E-mail: iliston@wsgr.com |
| *Attorneys for Mobile Telecommunications Technologies, LLC* | *Attorney for Defendant XIRRUS, INC.* |

SO ORDERED this ___ day of March, 2017.

_____
The Honorable Christopher J. Burke