IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC | ) ) ) ) | C.A. 16-md-2722-LPS-CJB |
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 17-657-LPS-CJB |

**JOINT STIPULATION AND [PROPOSED] ORDER**

Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") (collectively, the "Parties") have met and conferred concerning a proposed schedule for the recently-transferred and consolidated Verizon action (C.A. No. 17-657), with the intention of eventually catching the Verizon action up to the current MDL schedule (C.A. No. 16-md-272, D.I. 69).  The Parties have reached an agreement, subject to the Court's approval, on the deadlines for claim construction exchanges and claim construction briefing on the patent unique to the Verizon action:  U.S. Patent No. 5,581,804.  The Parties do not believe that a claim construction hearing is necessary given the small number of claim construction disputes remaining but are available for such a hearing in late August or the second week of September, if the Court believes one would be helpful.

IT IS HEREBY STIPULATED by the Parties, subject to the Court's approval, that the time for certain claim construction deadlines on claim construction issues unique to U.S. Patent No. 5,581,804 be set as follows:

| Deadline | Date |
|---|---|
| File Joint Claim Construction Chart | July 17 |
| Initial Claim Construction Brief | July 28 |
| Responsive Claim Construction Brief | August 11 |

Respectfully submitted,

REED & SCARDINO LLP

/s/ Henning Schmidt
Daniel Scardino
Texas State Bar No. 24033165
Henning Schmidt
Texas State Bar No. 24060569
Anthony D. Seach
Texas State Bar No. 24051897
Kyle N. Harter
Texas State Bar No.  24083146
301 Congress Avenue, Suite 1250
Austin, TX  78701
(512) 474-2449
dscardino@reedscardino.com
hschmidt@reedscardino.com
aseach@reedscardino.com
kharter@reedscardino.com

*Counsel for Plaintiff Mobile Telecommunications Technologies, LLC*

ROSS ARONSTAM & MORITZ LLP

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
bschladweiler@ramllp.com

*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless*

Dated:  July 14, 2017

**SO ORDERED**, this _____ day of _____, 2017.

_____
THE HONORABLE LEONARD P. STARK
CHIEF, UNITED STATES DISTRICT JUDGE