# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC | § § § | Case No. 16-md-2722-LPS-CJB |
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendant. | § § § § § § § § § § | C.A. No. 17-cv-657-LPS-CJB |

### **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mobile Telecommunications Technologies LLC and Defendant Cellco Partnership d/b/a Verizon Wireless hereby agree, subject to the Court's approval, to the voluntary dismissal with prejudice of all claims relating to U.S. Patent No. 5,659,891 ("the '891 patent").

| | |
|---|---|
| Dated: October 30, 2017 | Respectfully submitted, |
| **FARNAN LLP** | **ROSS ARONSTAM & MORITZ LLP** |
| /s/ Brian E. Farnan | /s/ Benjamin J. Schladweiler |
| Brian E. Farnan (Bar No. 4089) | Benjamin J. Schladweiler (#4601) |
| 919 N. Market Street, 12th Floor | bschladweiler@ramllp.com |
| Wilmington, DE  19801 | Nicholas D. Mozal (#5838) |
| Tel:    (302) 777-0300 | nmozal@ramllp.com |
| Fax:    (302) 777-0301 | 100 S. West Street, Suite 400 |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| | Telephone:  302.576.1600 |
| *Counsel for Mobile Telecommunications Technologies, LLC* | Facsimile:  302.576.1100 |

**DUANE MORRIS LLP**

L. Norwood Jameson
wjameson@duanemorris.com
Alison H. Hutton
ahhutton@duanemorris.com
1075 Peachtree Street, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6932
Facsimile: 404.393.4249

Joseph A. Powers
japowers@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1842
Facsimile: 215.689.3797

Joshua B. Long
jblong@duanemorris.com
1330 South Post Oak Blvd., Suite 800
Houston, TX 77056-3166
Telephone: 713.402.3910
Facsimile: 713.513.5761

*Counsel for*
*Cellco Partnership d/b/a Verizon Wireless*

- 3 -

**SO ORDERED** this _____ day of _____, 2017.

                                                             _____
                                                             Honorable Leonard P. Stark
                                                             Chief Judge, United States District Court