**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Mobile Telecommunications Technologies, LLC, | Case No. 1:16-md-02722-LPS-CJB |
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, et al., <br><br> Defendants. | Case No.: 1:16-cv-0693-LPS-CJB |
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS INC., <br><br> Defendant. | Case No.: 1:16-cv-0695-LPS-CJB |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Mobile Telecommunications Technologies, LLC ("Company") and Defendants Bright House Networks, LLC and Cox Communications Inc. (collectively, "Defendants") have agreed to settle, adjust and compromise all claims in the above-captioned actions and

WHEREAS, the parties to the above-captioned proceedings desire to dismiss the actions pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate settlement agreement:

Dated: May 4, 2018

| | |
|---|---|
| */s/ Michael J. Farnan-* | */s/ Richard L. Renck* |
| Brian E. Farnan (#4089) | Richard L. Renck (#3893) |
| Michael J. Farnan (#5165) | rlrenck@duanemorris.com |
| **FARNAN LLP** | **DUANE MORRIS LLP** |
| 919 North Market Street | 222 Delaware Avenue, Suite 1600 |
| 12th Floor | Wilmington, DE 19801-1659 |
| Wilmington, DE 19801 | Telephone: 302.657.4906 |
| (302) 777-0300 | Facsimile: 302.397.2063 |
| Fax: (302) 777-0301 | Email:  rlrenck@duanemorris.com |
| Email: bfarnan@farnanlaw.com | |
|             mfarnan@farnanlaw.com | |
| | |
| Henning Schmidt | L. Norwood Jameson |
| Texas State Bar No. 24060569 | wjameson@duanemorris.com |
| Daniel R. Scardino | Matthew C. Gaudet |
| Texas State Bar No. 24033165 | mcgaudet@duanemorris.com |
| Drew Zerdecki | Alison H. Hutton |
| Texas State Bar No. 24051562 | ahhutton@duanemorris.com |
| Kyle Harter | **DUANE MORRIS LLP** |
| Texas State Bar No. 24083146 | 1075 Peachtree Street, Suite 2000 |
| REED & SCARDINO LLP | Atlanta, GA 30309 |
| 301 Congress Avenue, Suite 1250 | Telephone: 404.253.6932 |
| Austin, TX 78701 | Facsimile: 404.393.4249 |
| Tel.: (512) 474-2449 | |
| Fax: (512) 474-2622 | Joseph A. Powers |
| hschmidt@reedscardino.com | japowers@duanemorris.com |
| dscardino@reedscardino.com | Duane Morris LLP |
| dzerdecki@reedscardino.com | 30 South 17th Street |
| kharter@reedscardino.com | Philadelphia, PA 19103-4196 |
| *Attorneys for Mobile Telecommunications Technologies, LLC* | Telephone: 215.979.1842 |
| | Facsimile: 215.689.3797 |

>Patrick S. Salceda
>psalceda@duanemorris.com
>**DUANE MORRIS LLP**
>2475 Hanover Street
>Palo Alto, CA 94304-1194
>Telephone: 650.847.4146
>Facsimile: 650.618.2713
>
>Joshua B. Long
>jblong@duanemorris.com
>**DUANE MORRIS LLP**
>1330 South Post Oak Blvd., Suite 800
>Houston, TX 77056-3166
>Telephone: 713.402.3910
>Facsimile: 713.513.5761
>
>Benjamin J. Schladweiler (#4601)
>bschladweiler@ramllp.com
>**ROSS ARONSTAM & MORITZ LLP**
>100 S. West Street, Suite 400
>Wilmington, DE 19801
>Telephone:  302.576.1600
>
>*Counsel for Bright House Networks, LLC and Cox Communications, Inc.*

SO ORDERED this _____ day of _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE